UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
JUL 21 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 5:22 CR 87-KKC

JONATHON W. ANDERSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
18 U.S.C. § 922(g)(9)

On or about June 8, 2021, in Woodford County, in the Eastern District of Kentucky,

**JONATHON W. ANDERSON,**

knowing that he had previously been convicted of a misdemeanor crime of domestic violence, to wit, Assault Fourth Degree (Domestic Violence), by final judgment of the Woodford District Court, Case No. 10-M-0044, in July 2011, did knowingly possess the following firearms that were in and affecting interstate commerce:

1. Remington rifle, Model: 7400, Cal.: 30-06 Sprg., SN: C8017408;

2. Ceska Zbrojovka (CZ) pistol, Model: P-10 C, Cal.: 9x19, SN: C643441;

3. Harrington & Richardson shotgun, Model: Topper 58, Cal.: 12 GA, SN: AM386339; and

4. Ruger revolver, Model: GP100, Cal.: 357 Magnum, SN: 177-92627;

all in violation of 18 U.S.C. § 922(g)(9).

**COUNT 2**
**18 U.S.C. § 922(o)**

On or about June 8, 2021, in Woodford County, in the Eastern District of Kentucky,

**JONATHON W. ANDERSON**

did knowingly possess the following machineguns:

1. M16-type Privately Made Firearm (PMF) receiver, with no markings of identification or serial number; and

2. M16-type Privately Made Firearm (PMF), Cal.: .223, with no markings of identification or serial number;

all in violation of 18 U.S.C. § 922(o).

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**If armed career criminal**: Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable